IN THE UNITED STATE DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| BALJINDER KAUR RANDHAWA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>PUNJAB PALACE, INC., dba INDIA MAHAL RESTAURANT, SATNAM RANDHAWA and DOES 1-3, inclusive,<br><br>　　　　　　Defendants, | NO.  C06-5300 FDB<br><br>ORDER FINDING DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S EXPERT WITNESS TO BE MOOT |

　　THIS MATTER comes before the court on Defendants' Objection and Motion to Strike Plaintiff's Expert Witness Lawrence V. Majovski, Ph.D.  Subsequent to Defendant's motion, Plaintiff filed a "Notice of Withdrawal of Plaintiff's Expert" [Dkt. # 26] and states that Plaintiff will not be calling Lawrence v. Majovski Ph.D. to provide testimony at trial.

　　NOW, THEREFORE, IT IS ORDERED: Defendant's Motion to Strike Plaintiff's Expert Witness Lawrence V. Majovski, Ph.D. is found to be MOOT.

　　DATED this 7th day of June 2007.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE